UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUDSON YARDS CONSTRUCTION, LLC,   Case No.: 18 CIV 02376 (GHW)(DCF)

                          Plaintiff,
   -against-   **RULE 7.1 STATEMENT**

BUILDING AND CONSTRUCTION TRADES
COUNCIL OF GREATER NEW YORK &
VICINITY and GARY LABARBERA,

                        Defendants.
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Hudson Yards Construction, LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of Hudson Yards Construction, LLC, which are publicly held:

None.

Dated: New York, New York
       March 30, 2018

                                             **WACHTEL MISSRY LLP**

                                          By: _____
                                                  Evan Weintraub
                                                  William B. Wachtel
                                                  Marc Litt
                                                  Elliot Silverman
                                                  Steven J. Cohen
                                                  885 Second Avenue, 47th Floor
                                                  New York, NY 10017
                                                  (212) 909-9500
                                                  weintraub@wmllp.com
                                                  *Attorneys for Plaintiff*
                                                  *Hudson Yards Construction, LLC*